IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| PENN-AMERICA INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 7:22-cv-00157-DC-RCG |
| ZENITH SECURITY, LLC, LUMIO HX, INC. AS SUCCESSOR IN INTEREST TO ZENITH SOLAR, LLC, GOODLEAP, LLC D/B/A LOANPAL, SETH CUMMINGS AND RICKY WILLIAMS | § § § § § § § | Jury |
| Defendants. | | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 <u>DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, Penn-America Insurance Company provides the following:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Plaintiff Penn-America Insurance Company is part of Penn America Group, Inc. Penn-America Group, Inc. is a member of <u>Global Indemnity Limited</u>, which is publicly traded on the NASDAQ stock exchange as <u>GBLI</u> and has several subsidiaries. No publicly traded company owns any shares of Penn-America Insurance Company.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    Penn-America Insurance Company (plaintiff);
    Penn-America Group Inc. (parent);
    Global Indemnity Limited (parent);
    Quilling, Selander, Lownds, Winslett & Moser, PC (counsel for plaintiff); and

Zenith Security, LLC, Lumio HX, Inc. as Successor in Interest to Zenith Solar, LLC, Goodleap, LLC d/b/a Loanpal, Seth Cummings and Ricky Williams (defendants).

Respectfully submitted,

/s/ Richard L. Smith, Jr.
_____

GREG K. WINSLETT
Attorney-In-Charge
State Bar No. 21781900
gwinslett@qslwm.com
RICHARD L. SMITH, JR.
State Bar No. 18671200
rsmith@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

This is to certify that this Certificate and Disclosure Statement is being filed in the Court's filing system and will be served electronically to those listed as being served on the Court's ECF system this 18th day of July, 2022.

/s/ Richard L. Smith, Jr.
_____
RICHARD L. SMITH, JR.